United States District Court
Southern District of Texas
**ENTERED**
January 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-625 |
| | § | |
| OSCAR ORTIZ-OLIVARES | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No.13). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 1, 2016 |
| Responses are to be filed by: | February 15, 2016 |
| Pretrial conference is reset to**:** | **February 22, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 29, 2016 at 9:00 a.m.** |

SIGNED on January 14, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge