United States District Court
Southern District of Texas
**ENTERED**
April 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-625 |
| | § | |
| OSCAR ORTIZ-OLIVARES | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 23). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 1, 2016 at 9:30 a.m.**

SIGNED on April 5, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge